Southeastern Pennsylvania Transportation Authority, Appellant, *v.* Board for the Assessment and Revision of Taxes of Delaware County, Township Commissioners of Upper Darby and Board of School Directors of Upper Darby School District, Appellees.

Argued April 1, 1974, before President Judge Bowman and Judges Crumlish, Jr., Kramer, Wilkinson, Jr., Mencer, Rogers and Blatt.

*William T. Coleman, Jr.,* with him *John F. Smith, III, Lewis H. VanDusen, Jr., Ralph B. D'Iorio,* and, of counsel, *Dilworth, Paxson, Kalish, Levy & Coleman, Drinker, Biddle & Reath* and *Cramp, D'Iorio, McConchie and Surrick,* for appellant.

*Lewis B. Beatty, Jr.,* Solicitor, School District of Upper Darby, *Peter J. Nolan,* Solicitor, Board of Assessment and Revision of Taxes of Delaware County, and *Alvin S. Ackerman,* Solicitor, Township of Upper Darby, for appellees.

OPINION PER CURIAM, May 1, 1974:

By agreement of the parties, the decision of the court below is reversed and the respective taxing authorities are directed to remove the property of Southeastern Pennsylvania Transportation Authority from the tax rolls.